CATHARINE B. PITT, as Administratrix, etc., Appellant, *v.* CHARLES KELLOGG, Respondent.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 15, 1890, which affirmed an order setting aside a judgment in favor of plaintiff and granting a new trial.

*Horace Secor, Jr.*, for appellant.

*George H. Fletcher* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.